**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
MARCOS RODRIGUEZ,

                      Petitioner,                19 **CIVIL** 8398 (PAE)(SLC)

      -against-                                  **JUDGMENT**

WILLIAM LEE, Superintendent of the Eastern
Correctional Facility,
                     Respondent.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 13, 2023, Judge Cave's perceptive, comprehensive, and convincing Report and Recommendation is adopted in full. The September 10, 2019 petition for a writ of habeas corpus is denied. The Court declines to issue a certificate of appealability. Rodriguez has not made a substantial showing of a denial of a federal right. Appellate review is therefore not warranted. Love v. McCray, 413 F.3d 192, 195 (2d Cir. 2005); 28 U.S.C. § 2253. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Order would not be taken in good faith. Therefore, in forma pauperis status is denied for the purpose of an appeal. Coppedge v. United States, 369 U.S. 438, 445 (1962); accordingly, the case is closed.

**DATED:** New York, New York
              March 13, 2023

                                                        **RUBY J. KRAJICK**

                                                        **Clerk of Court**
                                   **BY:**   *K. Mango*
                                                        **Deputy Clerk**